UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SANDRA JOHNSON,

    Plaintiff,

v.                                    Case No.: 3:20-cv-507-BJD-PDB

DEBRA REED, GARRY REED,
WERNER ENTERPRISES, INC.,
and STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 24; Stipulation) filed on February 15, 2021. In the Stipulation, Plaintiff and Defendants Debra Reed, Garry Reed and Werner Enterprises, Inc. indicate their agreement to dismissal of this case in its entirety with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of February, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*